IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER BALDWIN                                                           PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:05cv431WJG-JMR

JERRY PARKER                                                                  DEFENDANT

## JUDGMENT

This matter having come on this date to be heard upon the Report and Recommendation [10] of United States Magistrate John M. Roper entered in this cause on or about October 17, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by order entered this date, finds that this matter should be dismissed. It is, therefore,

ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 12th day of December, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE